UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yvette Griffin,

                Plaintiff(s),

v.                                           Case No. 2:25–cv–11460–MFL–APP
                                                  Hon. Matthew F. Leitman

ROI Capital LLC, et al.,

                Defendant(s),

## ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on 8/14/2025, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

                                                  s/Matthew F. Leitman
                                                  Matthew F. Leitman
                                                  U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Holly A Ryan
                                                    Case Manager

Dated:  August 18, 2025